IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON L. MARKS, AKO-969, ) | |
| Plaintiff(s), ) | No. C 11-4303 CRB (PR) |
| vs. ) | ORDER OF DISMISSAL |
| RICHARD AHERN, Sheriff, et al., ) | |
| Defendant(s). ) | |

Plaintiff, a prisoner at the Alameda County Jail, Santa Rita Facility, filed a pro se complaint under 42 U.S.C. § 1983 alleging that he received inadequate medical care for his Hepatitis C at the jail.

Per order filed on February 23, 2012, the court dismissed the complaint with leave to amend so plaintiff could alleges specific facts showing deliberate indifference to his serious medical needs, if possible. The court warned plaintiff that failure to file an amended complaint within 30 days would result in the dismissal of this action.

More than 40 days have elapsed; however, plaintiff has not filed an amended complaint or sought an extension of time to do so. The action is DISMISSED. The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED: April 9, 2012

CHARLES R. BREYER
United States District Judge

N:\11-4303.crborder.wpd