1

2

3

4        IN THE UNITED STATES DISTRICT COURT

5        FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    RON L. MARKS, AKO-969,                    )
                                               )
8              Plaintiff(s),                   )    No. C 11-4303 CRB (PR)
                                               )
9        vs.                                   )    ORDER OF DISMISSAL
                                               )
10   RICHARD AHERN, Sheriff, et al.,           )
                                               )
11             Defendant(s).                   )
     _____ )

12

13            Plaintiff, a prisoner at the Alameda County Jail, Santa Rita Facility, filed a

14   pro se complaint under 42 U.S.C. § 1983 alleging that he received inadequate

15   medical care for his Hepatitis C at the jail.

16            Per order filed on February 23, 2012, the court dismissed the complaint

17   with leave to amend so plaintiff could alleges specific facts showing deliberate

18   indifference to his serious medical needs, if possible.  The court warned plaintiff

19   that failure to file an amended complaint within 30 days would result in the

20   dismissal of this action.

21            More than 40 days have elapsed; however, plaintiff has not filed an

22   amended complaint or sought an extension of time to do so.  The action is

23   DISMISSED.  The clerk shall enter judgment in accordance with this order and

24   close the file.

25   SO ORDERED.

26   DATED: April 9, 2012

                                        CHARLES R. BREYER
27                                      United States District Judge

28   N:\11-4303.crborder.wpd