IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON L. MARKS, AKO-969,

        Plaintiff,

v.

RICHARD AHERN, Sheriff, et al.,

        Defendants.
                                       /

No. CV-11-4303 CRB (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    This action is hereby DISMISSED.

Dated: April 9, 2012

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk